- Not an Official Document

Page 1 of 20

## Report Selection Criteria

Case ID:            CH-14-1667
Docket Start Date:
Docket Ending Date:

## Case Description

Case ID:       CH-14-1667 - SUNTRUST BANK V AVERY OUTDOORS INC -*Non-jury Trial*
Filing Date:   Thursday , November 13th, 2014
Type:          IR - Pet/Injunctive Relief
Status:        EXECUTIONS - Service executions

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| HEARING | 26-NOV-2014 10:00 AM | Chancery Court Part 1 | CHANCERY COURT | EVANS, WALTER L |
| Petition | 19-MAR-2015 02:00 AM | Chancery Court Part 1 | CHANCERY COURT | EVANS, WALTER L |

## Case Parties

| Seq # | Assoc | Expn Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | 6 | | Plaintiff's Attorney | 29544 | **MITCHELL, DAVID** |
| **Address:** | 100 PEABODY PLACE SUITE 900 MEMPHIS TN 38103 | | **Aliases:** | *none* | |
| 2 | 8,9,15 | | Defendant | @93656 | **AVERY OUTDOORS, INC.** |
| **Address:** | *unavailable* | | **Aliases:** | *none* | |

http://chancerydata.shelbycountytn.gov/chweb/ck_public_qry_doct.cp_dktrpt_docket_repo

EXHIBIT
One

| # | | | Role | ID | Name |
|---|---|---|---|---|---|
| 3 | 8,9 | | Defendant | @93657 | MATTHEWS, THOMAS |
| **Address:** | 335 CUMBERLAND STREET MEMPHIS TN 38112 | | **Aliases:** | none | |
| 4 | 8 | | Defendant | @93658 | HUGHES JR, ALLEN |
| **Address:** | 335 CUMBERLAND STREET MEMPHIS TN 38112 | | **Aliases:** | none | |
| 5 | 6 | | Plaintiff's Attorney | 7969 | SPEER, JOHN C |
| **Address:** | 100 PEABODY PLACE SUITE 900 Memphis TN 38103 | | **Aliases:** | none | |
| 6 | 1,5,8,10 | | Plaintiff | @93659 | SUNTRUST BANK |
| **Address:** | unavailable | | **Aliases:** | none | |
| 7 | | | Chancellor | 30DE | EVANS, WALTER L |
| **Address:** | unavailable | | **Aliases:** | none | |
| 8 | 2,3,4,6 | | Defendant's Attorney | 10063 | MISCHKE, PHILIP E |
| **Address:** | FARRIS BOBANGO BRANAN PLC 999 S SHADY GROVE RD STE 500 Memphis TN 38120 | | **Aliases:** | none | |
| 9 | 2,3 | | Defendant's Attorney | 14242 | BEARMAN, EDWARD M |
| **Address:** | 780 RIDGE LAKE BLVD SUITE 202 Memphis TN 38120 | | **Aliases:** | none | |

|    |    |    |                      |        |                                        |
|----|----|----|----------------------|--------|----------------------------------------|
| 10 | 6  |    | Plaintiff's Attorney | 26457  | MARTIN, LAURA S                        |
| **Address:** | ONE COMMERCE SQUARE SUITE 2700 Memphis TN 38103 | | **Aliases:** | none | |
| 11 | 14 |    | Receiver             | @94961 | RYDER, JOHN                            |
| **Address:** | unavailable | | **Aliases:** | AS RECEIVER FOR AVERY OUTDOOR, INC. | |
| 12 |    |    | Defendant            | @94962 | WARDLOW, KIM                           |
| **Address:** | 4309 BENJESTON Memphis TN 38127 | | **Aliases:** | none | |
| 13 |    |    | Defendant            | @94964 | NU, LYNDSEY                            |
| **Address:** | 303 PEARCE ST WEST MEMPHIS AR 72301 | | **Aliases:** | none | |
| 14 | 11 |    | Attorney             | 7472   | KRAMER, BRUCE S                        |
| **Address:** | 6070 POPLAR AVENUE SUITE 600 MEMPHIS TN 38119 | | **Aliases:** | none | |
| 15 | 2  |    | Defendant's Attorney | 10454  | GOODRICH JR., ROBERT C.                |
| **Address:** | 511 UNION STREET SUITE 2300 NASHVILLE TN 37219 | | **Aliases:** | none | |
| 16 |    |    | Part                 | PT1    | Part 1                                 |
| **Address:** | 140 Adams Memphis TN 38103 | | **Aliases:** | none | |

**Docket Entries**

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 13-NOV-2014 04:05 PM | Original complaint (T) | | |
| **Entry:** | *none.* | | |
| 13-NOV-2014 04:05 PM | COMPLAINT FILED | MITCHELL, DAVID | |
| **Entry:** | Verified Complaint for Breach of Promissory Note, Breach of Guaranty Agreements, Appointment of Receiver and Injunctive Relief | | |
| 13-NOV-2014 04:05 PM | Exhibits (T) | MITCHELL, DAVID | |
| **Entry:** | Exhibits 1 through 6 REVOLVING PROMISSORY NOTE | | |
| 13-NOV-2014 04:05 PM | Exhibits (T) | MITCHELL, DAVID | |
| **Entry:** | Exhibits 7 through 9 SECOND AMENDMENT TO LOAN AND SECURITY AGREEMENT AND REVOLVING PROMISSORY NOTE | | |
| 13-NOV-2014 04:05 PM | Exhibits (T) | MITCHELL, DAVID | |
| **Entry:** | Exhibits 10 through 13 UNLIMITED GUARANTY AGREEMENT | | |
| 13-NOV-2014 04:05 PM | Summons issued other | MITCHELL, DAVID | |
| **Entry:** | Summons Issued to Avery Outdoors, Inc. C/O Registered Agent Corporation Service Company Service through Certified Mail | | |
| 13-NOV-2014 04:05 PM | Summons issued other | MITCHELL, DAVID | |
| **Entry:** | Summons Issued to Thomas Matthews Service by PPS | | |
| 13-NOV-2014 04:05 PM | Summons issued other | MITCHELL, DAVID | |
| **Entry:** | Summons Issued to Allen Hughes, Jr. Service by PPS | | |

| | | | |
|---|---|---|---|
| 13-NOV-2014 04:28 PM | PAYMENT RECEIVED | | |
| Entry: | A Payment of $295.71 was made on receipt CHCH67841. | | |
| 14-NOV-2014 09:53 AM | Affidavit (T) | MITCHELL, DAVID | |
| Entry: | AFFIDAVIT | | |
| 14-NOV-2014 10:45 AM | Case set (T) | | |
| Entry: | TEMP INJUNCTION SET FOR WEDNESDAY, NOVEMBER 26, 2014 AT 10:00 A.M. | | |
| 14-NOV-2014 11:42 AM | Order (T) | | |
| Entry: | ORDER AUTHORIZING APPOINTMENT OF RECEIVER AND GRANTING INJUNCTIVE RELIEF | | |
| 14-NOV-2014 12:47 PM | Bond (T) | MITCHELL, DAVID | |
| Entry: | $500.00 RECEIVER'S BOND SURETY SIGNED BY ATTORNEY | | |
| 14-NOV-2014 12:53 PM | Process issued other (T) | MITCHELL, DAVID | |
| Entry: | DOUBLE WRIT ISSUED TO AVERY OUTDOORS INC. HANDED BACK TO ATTORNEY FOR SERVICE HEARING SET FOR NOVEMBER 26, 2014 AT 10:00 A.M. | | |
| 14-NOV-2014 12:54 PM | Process issued other (T) | MITCHELL, DAVID | |
| Entry: | DOUBLE WRIT ISSUED TO THOMAS MATTHEWS HANDED BACK TO ATTORNEY FOR SERVICE HEARING SET FOR NOVEMBER 26, 2014 AT 10:00 A.M. | | |
| 14-NOV-2014 12:55 PM | Process issued other (T) | MITCHELL, DAVID | |

| | | | |
|---|---|---|---|
| **Entry:** | DOUBLE WRIT ISSUED TO ALLEN HUGHES, JR. HANDED BACK TO ATTORNEY FOR SERVICE HEARING SET FOR NOVEMBER 26, 2014 AT 10:00 A.M. | | |
| 22-NOV-2014 11:35 AM | Request (T) | MITCHELL, DAVID | |
| **Entry:** | none. | | |
| 22-NOV-2014 11:35 AM | Returns other (T) | MITCHELL, DAVID | |
| **Entry:** | DOUBLE WRIT SERVED TO EDWARD BEARMAN, ATTORNEY FOR THOMAS MATTHEWS CONFIRMED BY EMAIL ON 11-19-2014 BY JESSICA WALSH | | |
| 22-NOV-2014 11:42 AM | Returns other (T) | MITCHELL, DAVID | |
| **Entry:** | DOUBLE WRIT SERVED TO PHILIP MISCHKE, ATTORNEY FOR ALLEN HUGHES, JR. CONFIRMED BY EMAIL ON 11-19-2014 BY JESSICA WALSH | | |
| 26-NOV-2014 10:41 AM | Order (T) | | |
| **Entry:** | ORDER GRANTING TEMPORARY INJUNCTION | | |
| 26-NOV-2014 12:16 PM | Notice of Appearance | MISCHKE, PHILIP E | |
| **Entry:** | on Behalf of Allen Hughes, Jr. | | |
| 03-DEC-2014 01:14 PM | Returns other (T) | MITCHELL, DAVID | |
| **Entry:** | DOUBLE WRIT SERVED BY PPS BY CERTIFIED MAIL ON AVERY OUTDOORS INC RRR FROM AVERY OUTDOORS INC., C/O CORPORATION SERVICE CO, REGISTERED AGENT, SIGNED 11-25-2014 BY C.MARGLE ARTICLE # 91 7199 9991 7033 3764 0634 | | |
| 05-DEC-2014 06:18 PM | Motion (T) | | |

| | | | |
|---|---|---|---|
| Entry: | to Confirm Appointment of Receiver and Amend and Supplement Order Authorizing Appointment of Receiver | | |
| 05-DEC-2014 06:18 PM | Motion (T) | | |
| Entry: | to Approve Compensation Procedure | | |
| 08-DEC-2014 10:31 AM | Motion Set (T) | | |
| Entry: | MOTION TO AMEND ORDER APPOINTING RECEIVER, SET FOR HEARING ON FRIDAY, DECEMBER 12, 2014, AT 09:00AM. | | |
| 08-DEC-2014 10:34 AM | Motion Set (T) | | |
| Entry: | MOTION TO APPROVE COMPENSATION PROCEDURE, SET FOR HEARING ON FRIDAY, DECEMBER 12, 2014, AT 09:00AM. | | |
| 12-DEC-2014 10:50 AM | Consent (T) | | |
| Entry: | MOTION TO APPROVE COMPENSATION PROCEDURE, SET FOR HEARING ON FRIDAY, DECEMBER 12, 2014, AT 09:00AM, CONSENT ORDER ENTERED. | | |
| 12-DEC-2014 10:52 AM | Consent (T) | | |
| Entry: | MOTION TO AMEND ORDER APPOINTING RECEIVER, SET FOR HEARING ON FRIDAY, DECEMBER 12, 2014, AT 09:00AM, CONSENT ORDER ENTERED. | | |
| 12-DEC-2014 11:47 AM | Order (T) | | |
| Entry: | ORDER CONFIRMING APPOINTMENT OF RECEIVER | | |
| 12-DEC-2014 11:50 AM | Order (T) | | |
| Entry: | | | |

|  | CONSENT ORDER APPROVING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RECEIVER AND RECEIVER'S COUNSEL |  |  |
|---|---|---|---|
| 15-DEC-2014 02:50 PM | PAYMENT RECEIVED |  |  |
| Entry: | A Payment of -$15.89 was made on receipt CHCH68608. (COPIES) |  |  |
| 14-JAN-2015 01:16 PM | Answer (T) | BEARMAN, EDWARD M |  |
| Entry: | Avery Outdoors, Inc. & Tom Matthews' Answer to Verified Complaint |  |  |
| 15-JAN-2015 05:32 PM | Answer (T) | MISCHKE, PHILIP E |  |
| Entry: | of Allen Hughes, Jr. |  |  |
| 29-JAN-2015 10:07 AM | PAYMENT RECEIVED |  |  |
| Entry: | A Payment of -$138.89 was made on receipt CHCH69539. (COPIES) |  |  |
| 13-FEB-2015 10:17 AM | Motion (T) |  |  |
| Entry: | to Amend Reporting Requirement |  |  |
| 18-FEB-2015 08:28 AM | Motion Set (T) |  |  |
| Entry: | MOTION TO AMEND CONSENT ORDER APPOINTING RECEIVER SET FOR FRIDAY, FEBRUARY 20, 2015 AT 9:00 A.M. |  |  |
| 19-FEB-2015 09:52 AM | Petition (T) | MARTIN, LAURA S |  |
| Entry: | PETITION OF RECEIVER FOR AN ORDER OF CONTEMPT, MONETARY SANCTIONS AND INJUNCTIVE RELIEF |  |  |
| 19-FEB-2015 09:59 AM | PAYMENT RECEIVED | MARTIN, LAURA S |  |

| | | | |
|---|---|---|---|
| Entry: | A Payment of -$104.00 was made on receipt CHCH70008. | | |
| 19-FEB-2015 10:32 AM | Case set (T) | | |
| Entry: | PETITION OF RECEIVER FOR AN ORDER OF CONTEMPT, MONETARY SANCTIONS AND INJUNCTIVE RELIEF SET FOR TUESDAY, APRIL 7, 2015 AT 10:00 A.M. | | |
| 19-FEB-2015 10:33 AM | Process issued other (T) | MARTIN, LAURA S | |
| Entry: | SCIRE FACIAS ISSUED TO THOMAS MATTHEWS HANDED BACK TO ATTORNEY TO SERVE VIA OPPOSING COUNSEL EDWARD BEARMAN HEARING SET FOR TUESDAY, APRIL 7, 2015 AT 10 A.M. | | |
| 19-FEB-2015 01:28 PM | Process issued other (T) | SPEER, JOHN C | |
| Entry: | SCIRE FACIAS ISSUED TO KIM WARDLOW PLACED IN BOX FOR SERVICE BY PPS PDQ HEARING SET FOR TUESDAY, APRIL 7, 2015 AT 10 A.M. | | |
| 19-FEB-2015 02:30 PM | Process issued other (T) | SPEER, JOHN C | |
| Entry: | SCIRE FACIAS ISSUED TO LYNDSEY NU PLACED IN BOX FOR SERVICE BY PPS PDQ HEARING SET FOR APRIL 7, 2014 AT 10 A.M. | | |
| 20-FEB-2015 09:20 AM | Motion Set (T) | | |
| Entry: | MOTION TO AMEND REPORTING REQUIRMENT SET FOR FRIDAY, FEBRUARY 27, 2015 AT 9:00 A.M. | | |
| 20-FEB-2015 10:49 AM | Calendar strike (T) | | |
| Entry: | MOTION TO AMEND CONSENT ORDER APPOINTING RECEIVER SET FOR FRIDAY, FEBRUARY 20, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 24-FEB-2015 05:48 AM | Motion (T) | BEARMAN, EDWARD M | |

| | | | |
|---|---|---|---|
| Entry: | FOR MORE DEFINITE STATEMENT ON PETITION FOR CONTEMPT & INJUNCTIVE RELIEF | | |
| 25-FEB-2015 10:24 AM | Answer (T) | BEARMAN, EDWARD M | |
| Entry: | TO MOTION TO AMEND CONSENT ORDER CONFIRMING APPOINTMENT OF RECEIVER | | |
| 25-FEB-2015 03:22 PM | Response (T) | MARTIN, LAURA S | |
| Entry: | in Opposition to Motion for More Definite Statement | | |
| 27-FEB-2015 10:45 AM | Motion Granted | | |
| Entry: | MOTION TO AMEND REPORTING REQUIRMENT SET FOR FRIDAY, FEBRUARY 27, 2015 AT 9:00 A.M., GRANTED. | | |
| 27-FEB-2015 12:51 PM | Motion Set (T) | | |
| Entry: | MOTION FOR MORE DEFINITE STATEMENT ON PETITION FOR CONTEMPT AND INJUCTIVE RELIEF SET FOR FEBRUARY 27, 2015 AT 9:00 A.M. | | |
| 27-FEB-2015 12:52 PM | Motion Granted | | |
| Entry: | MOTION FOR MORE DEFINITE STATEMENT ON PETITION FOR CONTEMPT AND INJUCTIVE RELIEF SET FOR FEBRUARY 27, 2015 AT 9:00 A.M., DENIED. | | |
| 04-MAR-2015 10:11 AM | Response (T) | BEARMAN, EDWARD M | |
| Entry: | TO THE PETITION OF RECEIVER FOR AN ORDER OF CONTEMPT, MONETARY SANCTIONS & INJUNCTIVE RELIEF | | |
| 12-MAR-2015 11:08 AM | Interrogatories (T) | BEARMAN, EDWARD M | |
| Entry: | | | |

| | | | |
|---|---|---|---|
| | Avery Outdoors and Tom Matthews' 1st Set of Interrogatories & Requests for Production of Documents Propounded to SunTrust | | |
| 18-MAR-2015 01:32 PM | Returns other (T) | SPEER, JOHN C | |
| **Entry:** | SCIRE FACIAS SERVED BY PPS 2-24-2015 ON LYNDSEY NU COURT HEARING SET FOR TUESDAY FEBRUARY 7, 2015 AT 10:00 A.M. IN CHANCERY COURT | | |
| 18-MAR-2015 01:38 PM | Returns other (T) | SPEER, JOHN C | |
| **Entry:** | SCIRE FACIAS SERVED BY PPS 3-10-2015 ON KIM WARDLOW HEARING SET FOR TUESDAY, APRIL 7, 2015 AT 10 A.M. | | |
| 19-MAR-2015 02:23 PM | Case continued certain (T) | | |
| **Entry:** | PETITION OF RECEIVER FOR AN ORDER OF CONTEMPT, MONETARY SANCTIONS AND INJUNCTIVE RELIEF, SET FOR TUESDAY, APRIL 7, 2015 AT 10:00 A.M. IS RESET FOR THURSDAY, APRIL 23, 2015 AT 2:00 P.M. | | |
| 27-MAR-2015 12:47 PM | Order (T) | | |
| **Entry:** | ORDER CONTINUING HEARING DATE | | |
| 27-MAR-2015 12:48 PM | Order (T) | | |
| **Entry:** | ORDER AMENDING PARAGRAPH 26 OF THE CONSENT ORDER CONFIRMING APPOINTMENT OF RECEIVCER | | |
| 27-MAR-2015 12:48 PM | Order (T) | | |
| **Entry:** | ORDER DENYING DEFENDANT TOM MATTHEWS' MOTION FOR A MORE DEFINITE STATEMENT | | |
| 30-MAR-2015 06:17 PM | Notice (T) | | |

| | | | |
|---|---|---|---|
| Entry: | Notice of Hearing | | |
| 30-MAR-2015 06:17 PM | Request (T) | | |
| Entry: | For Production of Documents | | |
| 30-MAR-2015 06:17 PM | Notice (T) | | |
| Entry: | Of Deposition | | |
| 30-MAR-2015 06:17 PM | Notice (T) | | |
| Entry: | Of Deposition | | |
| 30-MAR-2015 06:17 PM | Request (T) | | |
| Entry: | For Production of Documents | | |
| 01-APR-2015 04:30 PM | Amended (T) | | |
| Entry: | Notice of Deposition | | |
| 01-APR-2015 04:30 PM | Amended (T) | | |
| Entry: | Notice of Deposition | | |
| 02-APR-2015 03:39 PM | Notice of Appearance | KRAMER, BRUCE S | |
| Entry: | Notice of Appearance of Bruce S. Kramer | | |
| 02-APR-2015 03:39 PM | Notice (T) | KRAMER, BRUCE S | |
| Entry: | Notice to Take Deposition Duces Tecum - Thomas Matthews | | |
| | PAYMENT RECEIVED | | |

| Date/Time | Type | Party | |
|---|---|---|---|
| 08-APR-2015 04:12 PM | | | |
| Entry: | A Payment of -$12.00 was made on receipt CHCH71146. | | |
| 13-APR-2015 12:54 PM | Notice (T) | BEARMAN, EDWARD M | |
| Entry: | TO TAKE DEPOSITION OF JOHN RYDER | | |
| 13-APR-2015 12:56 PM | Notice (T) | BEARMAN, EDWARD M | |
| Entry: | TO TAKE DEPOSITION OF MARK ROSENBERG | | |
| 13-APR-2015 12:57 PM | Notice (T) | BEARMAN, EDWARD M | |
| Entry: | TO TAKE DEPOSITION OF SHELLIE GERRETT | | |
| 13-APR-2015 02:08 PM | Response (T) | SPEER, JOHN C | |
| Entry: | Suntrust Bank's Responses to Interrogatories & Requests for Production | | |
| 13-APR-2015 05:18 PM | Motion (T) | MISCHKE, PHILIP E | |
| Entry: | To Amend Answer | | |
| 13-APR-2015 05:18 PM | Exhibits (T) | MISCHKE, PHILIP E | |
| Entry: | One to Motion to Amend Answer | | |
| 20-APR-2015 09:44 AM | Motion Set (T) | | |
| Entry: | MOTION TO AMEND ANSWER TO ASSERT CROSS-CLAIM SET FOR FRIDAY APRIL 24, 2015 AT 9:00 A.M. | | |
| 21-APR-2015 02:01 PM | Response (T) | BEARMAN, EDWARD M | |

| | | | |
|---|---|---|---|
| Entry: | OF TOM MATTHEWS TO THE MOTION TO AMEND | | |
| 21-APR-2015 04:16 PM | Notice (T) | MISCHKE, PHILIP E | |
| Entry: | Certificate of Consultation | | |
| 22-APR-2015 06:15 PM | Motion (T) | MARTIN, LAURA S | |
| Entry: | for Order Approving receiver's participation in sale of assets of Receivership estate | | |
| 23-APR-2015 12:20 PM | Order (T) | | |
| Entry: | CONSENT PERMANENT INJUNCTION | | |
| 24-APR-2015 10:32 AM | Calendar strike (T) | | |
| Entry: | MOTION TO AMEND ANSWER TO ASSERT CROSS-CLAIM SET FOR FRIDAY APRIL 24, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 28-APR-2015 08:35 AM | Motion Set (T) | | |
| Entry: | MOTION FOR ORDER APPROVING THE RECEIVER'S PARTICIPATION IN SALE OF ASSETS OF THE RECEIVERSHIP ESTATE BY LENDER SET FOR FRIDAY MAY 1, 2015 AT 9:00 A.M. | | |
| 29-APR-2015 04:19 PM | Response (T) | BEARMAN, EDWARD M | |
| Entry: | TO THE RECEIVER'S REQUEST FOR PARTICIPATION IN THE SALE OF ASSETS | | |
| 01-MAY-2015 10:36 AM | Calendar strike (T) | | |
| Entry: | MOTION TO AMEND ANSWER TO ASSERT CROSS-CLAIM SET FOR FRIDAY APRIL 24, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |

| | | | |
|---|---|---|---|
| 01-MAY-2015 10:42 AM | Calendar strike (T) | | |
| Entry: | MOTION FOR ORDER APPROVING THE RECEIVER'S PARTICIPATION IN SALE OF ASSETS OF THE RECEIVERSHIP ESTATE BY LENDER SET FOR FRIDAY MAY 1, 2015 AT 9:00 A.M., PLEASE STRIKE, CONSENT ORDER TO BE ENTERED. | | |
| 07-MAY-2015 02:08 PM | Order (T) | | |
| Entry: | ORDER APPROVING THE RECEIVER'S PARTICIPATION IN SALE OF ASSETS OF THE RECEIVERSHIP ESTATE BY LENDER | | |
| 15-MAY-2015 03:12 PM | Motion (T) | MARTIN, LAURA S | |
| Entry: | Motion to Approve Sales Procedure | | |
| 18-MAY-2015 08:41 AM | Motion Set (T) | | |
| Entry: | MOTION TO APPROVE SALE PROCEDURE SET FOR FRIDAY MAY 22, 2015 AT 9:00 A.M. | | |
| 20-MAY-2015 02:36 PM | Response (T) | BEARMAN, EDWARD M | |
| Entry: | TO RECEIVER'S REQUEST TO APPROVE SALE PROCEDURES and COUNTER MOTION TO REMOVE RECEIVER OR REQUIRE ADDITIONAL ACTION AND TO REDUCE HIS AUTHORITY | | |
| 21-MAY-2015 03:11 PM | Reply (T) | MARTIN, LAURA S | |
| Entry: | Reply to Opposition to Motion to Approve Sale Procedure | | |
| 22-MAY-2015 08:22 AM | Response (T) | GOODRICH JR., ROBERT C. | |
| Entry: | RESPONSE OF AVERY OUTDOOR PRODUCTS, INC. TO MOTION TO APPROVE SALE PROCEDURE | | |
| | Order Pending (T) | | |

| | | | |
|---|---|---|---|
| 22-MAY-2015 12:19 PM | | | |
| Entry: | MOTION TO APPROVE SALE PROCEDURE SET FOR FRIDAY MAY 22, 2015 AT 9:00 A.M., SALE PROCEDURE APPROVED SEE ORDER PENDING FOR SPECIFIC DETAILS. | | |
| 27-MAY-2015 12:55 PM | Order (T) | | |
| Entry: | ORDER APPROVING SALE PROCEDURE | | |
| 10-JUN-2015 09:26 AM | Motion (T) | | |
| Entry: | to Approve Sale and Memorandum in Support | | |
| 18-JUN-2015 10:21 AM | Motion Set (T) | | |
| Entry: | MOTION TO APPROVE SALE SET FOR THURSDAY, JULY 2, 2015 AT 10:00 A.M. VIA EMAIL REQUEST | | |
| 22-JUN-2015 02:19 PM | Response (T) | BEARMAN, EDWARD M | |
| Entry: | AND OBJECTION TO THE RECEIVER'S MOTION TO APPROVE SALE | | |
| 30-JUN-2015 09:37 AM | Reply (T) | MARTIN, LAURA S | |
| Entry: | to Response and Objection of Tom Matthews to Motion to approve Sale | | |
| 02-JUL-2015 11:20 AM | Motion Granted | | |
| Entry: | MOTION TO APPROVE SALE SET FOR THURSDAY, JULY 2, 2015 AT 10:00 A.M., GRANTED. | | |
| 06-JUL-2015 12:42 PM | Order (T) | | |
| Entry: | ORDER APPROVING SALE | | |

| 07-JUL-2015 11:38 AM | Motion (T) | SPEER, JOHN C | |
|---|---|---|---|
| **Entry:** | MOTION OF SUNTRUST BANK TO BE DISMISSED SET FOR FRIDAY JULY 24, 2015 AT 9:00 A.M. | | |
| 17-JUL-2015 02:20 PM | Motion Set (T) | | |
| **Entry:** | MOTION OF SUNTRUST BANK TO BE DISMISSED SET FOR FRIDAY JULY 24, 2015 AT 9:00 A.M. | | |
| 23-JUL-2015 09:59 AM | Response (T) | BEARMAN, EDWARD M | |
| **Entry:** | OF TOM MATTHEWS TO THE MOTION TO DISMISS | | |
| 24-JUL-2015 11:02 AM | Calendar strike (T) | | |
| **Entry:** | MOTION OF SUNTRUST BANK TO BE DISMISSED SET FOR FRIDAY JULY 24, 2015 AT 9:00 A.M., PLEASE STRIKE | | |
| 31-JUL-2015 12:34 PM | Motion (T) | | |
| **Entry:** | Motion to Intervene on Behalf of Banded Finance, LLC and Incorporated Memorandum in Support Thereof | | |
| 31-JUL-2015 03:11 PM | Notice (T) | | |
| **Entry:** | Notice of Hearing Set for Friday, August 7, 2015 @ 9:00am | | |
| 03-AUG-2015 10:05 AM | Motion Set (T) | | |
| **Entry:** | MOTION TO INTERVENE ON BEHALF OF BANDED FINANCIAL SET FOR FRIDAY AUGUST 7, 2015 AT 9:00 A.M. | | |
| 06-AUG-2015 11:10 AM | Response (T) | BEARMAN, EDWARD M | |
| **Entry:** | Response to The Motion of Banded Finance LLC to Intervene | | |

| Date/Time | Type | Party | |
|---|---|---|---|
| 07-AUG-2015 09:11 AM | Motion Set (T) | | |
| Entry: | MOTION TO INTERVENE BY BANDED FINANCE, LLC SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M. | | |
| 07-AUG-2015 11:12 AM | Calendar strike (T) | | |
| Entry: | MOTION TO INTERVENE BY BANDED FINANCE, LLC SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 07-AUG-2015 11:45 AM | Motion (T) | MISCHKE, PHILIP E | |
| Entry: | Renewed Motion of Defendant Allen Hughes to Amend Answer to Assert a Cross Claim Against Co-Defendant Thomas Matthews | | |
| 10-AUG-2015 11:18 AM | Motion Set (T) | | |
| Entry: | MOTION OF DEFENDANT ALLEN HUGHES TO AMEND HIS ANSWER TO ASSERT A CROSS-CLAIM AGAINST CO-DEFENDANT THOMAS MATTHEWS SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M. | | |
| 10-AUG-2015 11:31 AM | Motion Set (T) | | |
| Entry: | MOTION OF SUNTRUST TO BE DISMISSED SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M. | | |
| 11-AUG-2015 03:05 PM | Motion Set (T) | | |
| Entry: | MOTION OF SUNTRUST TO BE DISMISSED SET FOR FRIDAY AUGUST 21, 2015 AT 9:00 A.M. | | |
| 12-AUG-2015 09:23 AM | Motion Set (T) | | |
| Entry: | MOTION TO INTERVENE ON BEHALF OF BANDED FINANCE, LLC SET FOR FRIDAY AUGUST 21, 2015 AT 9:00 A.M. | | |

| | | | |
|---|---|---|---|
| 14-AUG-2015 12:00 PM | Calendar strike (T) | | |
| Entry: | MOTION OF DEFENDANT ALLEN HUGHES TO AMEND HIS ANSWER TO ASSERT A CROSS-CLAIM AGAINST CO-DEFENDANT THOMAS MATTHEWS SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 14-AUG-2015 12:17 PM | Calendar strike (T) | | |
| Entry: | MOTION OF SUNTRUST TO BE DISMISSED SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 14-AUG-2015 12:18 PM | Calendar strike (T) | | |
| Entry: | MOTION TO INTERVENE BY BANDED FINANCE, LLC SET FOR FRIDAY AUGUST 14, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 14-AUG-2015 01:44 PM | Motion Set (T) | | |
| Entry: | MOTION TO AMEND ANSWER OF ALLEN HUGHES TO ASSERT CROSS-CLAIM AGAINST THOMAS MATTHEWS SET FOR FRIDAY AUGUST 21, 2015 AT 9:00 A.M. | | |
| 19-AUG-2015 03:29 PM | Response (T) | BEARMAN, EDWARD M | |
| Entry: | Response of Tom Matthews to The Hughes Renewed Motion to Amend | | |
| 21-AUG-2015 11:51 AM | Motion Granted | | |
| Entry: | MOTION OF SUNTRUST TO BE DISMISSED SET FOR FRIDAY AUGUST 21, 2015 AT 9:00 A.M., GRANTED. | | |
| 21-AUG-2015 12:04 PM | Calendar strike (T) | | |
| Entry: | MOTION TO AMEND ANSWER OF ALLEN HUGHES TO ASSERT CROSS-CLAIM AGAINST THOMAS MATTHEWS SET FOR FRIDAY AUGUST 21, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |

| 21-AUG-2015 12:04 PM | Calendar strike (T) | | |
|---|---|---|---|
| **Entry:** | MOTION TO INTERVENE ON BEHALF OF BANDED FINANCE, LLC SET FOR FRIDAY AUGUST 21, 2015 AT 9:00 A.M., PLEASE STRIKE. | | |
| 11-SEP-2015 02:52 PM | Order (T) | | |
| **Entry:** | AGREED ORDER | | |