IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| AVERY OUTDOORS LLC f/k/a BANDED FINANCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PEAK ROCK CAPITAL LLC, and OUTDOORS ACQUISITION CO, LLC, <br><br> Defendants. | Case No.: 2:16-cv-02229 |

**PEAK ROCK CAPITAL LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Peak Rock Capital LLC ("Peak Rock") makes the following disclosures:

1. The identity of any parent corporation:  **None**.

2. The identity of any publicly held corporation owning 10% or more of Peak Rock's stock:  **None**

Respectfully submitted,

**BURR & FORMAN LLP**

s/ Emily C. Taube
Emily C. Taube (TN Bar. No. 019323)
511 Union Street, Suite 2300
Nashville, TN  37203
Telephone: (615) 724-3237
Facsimile:  (615) 724-3337
etaube@burr.com

*Counsel for Defendant*
*Peak Rock Capital LLC*

27412397 v1

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Court's ECF/CM system, and should be served by means of the same upon all interested parties this the 27th day of April, 2016.

                                                       /s/ Emily C. Taube