# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| AVERY OUTDOORS LLC<br>f/k/a BANDED FINANCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PEAK ROCK CAPITAL LLC, and<br>OUTDOORS ACQUISITION CO, LLC,<br><br>    Defendants. | Case No.: 2:16-cv-02229 |

## OUTDOORS ACQUISITION CO, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Outdoor Acquisition Co, LLC ("OAC") makes the following disclosures:

1. The identity of any parent corporation:  **None**.

2. The identity of any publicly held corporation owning 10% or more of OAC's stock: **None**

                                      Respectfully submitted,

                                      **BURR & FORMAN LLP**

                                      s/ Emily C. Taube
                                      Emily C. Taube (TN Bar. No. 019323)
                                      511 Union Street, Suite 2300
                                      Nashville, TN  37203
                                      Telephone: (615) 724-3237
                                      Facsimile:  (615) 724-3337
                                      etaube@burr.com

                                      *Counsel for Defendant*
                                      *Outdoors Acquisition Co, LLC*

27412364 v1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Court's ECF/CM system, and should be served by means of the same upon all interested parties this the 27th day of April, 2016.

                                                /s/ Emily C. Taube