# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| AVERY OUTDOORS LLC<br>f/k/a BANDED FINANCE, LLC, | )<br>)<br>)<br>) |
| Plaintiff, | )  Case No.: 2:16-cv-02229 |
| v. | )<br>)<br>) |
| PEAK ROCK CAPITAL LLC, and<br>OUTDOORS ACQUISITION CO, LLC, | )<br>)<br>) |
| Defendants. | ) |

## ORDER DENYING MOTION FOR PROTECTIVE ORDER

Before the Court is Defendant Outdoors Acquisition Co, LLC's ("OAC") motion for protective order (ECF No. 19), filed May 29, 2016. As discussed during the scheduling conference held on May 31, 2016, the instant motion is DENIED.

**IT IS SO ORDERED,** this 6th day of June, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE