IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| AVERY OUTDOORS LLC f/k/a BANDED FINANCE, LLC, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PEAK ROCK CAPITAL, LLC, and OUTDOORS ACQUISITION CO, LLC, | ) ) ) |
| Defendants. | ) |

### DECLARATION OF SPENCER MOORE

COUNTY OF  Travis    )

STATE OF TEXAS             )

1.  My name is Spencer Moore. I am a manager of Outdoor Acquisitions Co, LLC ("OAC"), a Defendant in this matter.

2.  I am over the age of 18 and competent to testify to the matters herein stated, have reviewed the Complaint and Exhibits thereto filed in this matter, and I base this Declaration on my own personal knowledge.

3.  OAC did not give Avery Outdoors, Inc. or any other entity or person written consent to assign to Plaintiff any right or claim Avery might have under the Loan Documents attached as Exhibit A to Plaintiff's Complaint.

27688128 v1



EXHIBIT Three

I declare under penalty of perjury that the foregoing is true and correct.

_____
SPENCER MOORE
Manager of Outdoors Acquisition Co, LLC

Date: 6/23/16