# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AVERY OUTDOORS, LLC f/k/a BANDED FINANCE, LLC, <br><br>  Plaintiff/Counter-Defendant, <br><br> v. <br><br> PEAK ROCK CAPITAL, LLC, and OUTDOORS ACQUISITION CO., LLC, <br><br>  Defendants, <br><br> and <br><br> OUTDOOR ACQUISITION CO., LLC, <br><br>  Third-Party Plaintiff/Counter-Claimant, <br><br> v. <br><br> AO LIQUIDATION TRUST INC., f/k/a AVERY OUTDOORS, INC., <br><br>  Third-Party Defendant. | No. 16-cv-2229-SHL-tmp |

## SECOND REVISED SCHEDULING ORDER

The Court held a status conference in this matter on August 8, 2017, at 9:00 a.m. Present were R. Campbell Hillyer for Plaintiff Avery Outdoors LLC f/k/a Banded Finance, LLC ("Banded"), Christopher Carson and Jonathan Tebbs for Defendants Outdoors Acquisition Co., LLC ("OAC") and Peak Rock Capital, LLC ("Peak Rock") and Edward Bearman for Third Party Defendant AO Liquidation Trust Inc., f/k/a Avery Outdoors, Inc. ("Avery"). At the Conference, the Court discussed pending issues in this case and established the following amended deadlines:

**COMPLETING ALL FACT DISCOVERY:** December 29, 2017

    **(a)  COMPLETING ALL FACT DEPOSITIONS:** December 29, 2017

        **(1)  DEPOSITION OF THE RECEIVER:** September 15, 2017

    **(b)**    **EXPERT WITNESS DISCLOSURES (Rule 26):**

        **(1)**    **DISCLOSURE OF THIRD PARTY DEFENDANT'S RULE 26 EXPERT INFORMATION:** November 1, 2017

        **(2)**    **EXPERT WITNESS DEPOSITIONS:** January 15, 2018

**MOTIONS TO EXCLUDE EXPERTS/DAUBERT MOTIONS:** February 16, 2018

**FILING DISPOSITIVE MOTIONS:** February 16, 2018

**JOINT PROPOSED PRETRIAL ORDER DUE:** May 31, 2018
(E-Mail Joint Proposed Pretrial Order in Word or WordPerfect format to: ECF_Judge_Lipman@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE:** June 7, 2018, at 10:00 a.m.

**JURY TRIAL:** June 18, 2018, at 9:30 a.m. Trial is estimated to last 3 days.

    **IT IS SO ORDERED**, this 8th day of August, 2017.

                                        s/ Sheryl H. Lipman
                                        SHERYL H. LIPMAN
                                        UNITED STATES DISTRICT JUDGE