# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| AVERY OUTDOORS, LLC,<br>f/k/a BANDED FINANCE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PEAK ROCK CAPITAL, LLC, and<br>OUTDOORS ACQUISITION CO., LLC,<br><br>      Defendants,<br><br>and<br><br>OUTDOORS ACQUISITION CO., LLC,<br><br>      Third-Party Plaintiff/Counter-<br>      Claimant,<br><br>v.<br><br>AO LIQUIDATION TRUST, INC.,<br>f/k/a AVERY OUTDOORS, INC.,<br><br>      Third-Party Defendant. | No. 2:16-cv-02229-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant Outdoors Acquisition Co., LLC's Notice of Removal (ECF No. 1), filed April 8, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Remanding to Shelby County Chancery Court (ECF No. 218), filed July 2, 2018, the case is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction and **REMANDED** to the Chancery Court pursuant to 28 U.S.C. §§ 1447(c).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 2, 2018
Date