## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

AVERY OUTDOORS LLC f/k/a BANDED FINANCE LLC,

     Plaintiff,

v.

PEAK ROCK CAPITAL, LLC, and
OUTDOORS ACQUISITION CO., LLC,

     Defendants,

                                  Case No. 2:16-cv-02229-SHL-tmp

And,

OUTDOORS ACQUISITION CO., LLC

     Third-party Plaintiff/Counter-Claimant,

v.

 AO LIQUIDATION TRUST INC., f/k/a AVERY OUTDOORS, INC.,

     Third-Party Defendant /Cross-Claimant.

## PLAINTIFF'S UNOPPOSED REQUEST FOR ADDITIONAL TIME TO SUBMIT SUPPORTING DOCUMENT PURSUANT TO LOCAL RULE 54.1(b)

Plaintiff Avery Outdoors LLC f/k/a Banded Finance LLC ("Banded") hereby requests a very brief four (4) day extension of time through and including July 20, 2018 in which to file supporting documentation, if necessary, in compliance with Local Rule 54.1(b) as ordered by the Court in its Order Remanding Case to Shelby County Chancery Court (the "Remand Order") [Doc. No. 218].

Banded can represent to the Court that all parties to this matter have reached a resolution which will resolve all remaining issues between the parties, including any fees and expenses

issues still pending before this Court.    All that remains is the execution by all parties of final documentation.   As the execution has not yet occurred, Banded wishes to preserve its rights as to the fees awarded by the Court in the Remand Order.   Once the need to file supporting documentation becomes unnecessary pursuant to the parties agreement, Banded will promptly file with the Court a Notice of Withdrawal of all requested fees and expenses.

Upon consultation pursuant to Rule 7.2 of the Local Rules, counsel for Defendants and counsel for Third-Party Defendant advised there is no objection to this request for additional time.

WHEREFORE, Banded prays that this Honorable Court grant it four (4) additional days in which to file supporting documentation, if necessary at all, in compliance with Local Rule 54.1(b) as ordered and grant all other and further relief as the Court deems just.

Respectfully submitted,

**BUTLER SNOW LLP**

*/s/ R. Campbell Hillyer*
R. Campbell Hillyer (22124)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
Cam.Hillyer@butlersnow.com
*Attorneys for Banded Finance, LLC*

## CERTIFICATE OF CONSULTATION

Pursuant to Rule 7.2 of the Local Rules of the United States District Court for the Western District of Tennessee, undersigned counsel for Plaintiff hereby certifies that on July 16, 2018, I consulted with counsel for all parties, who indicated that they do not object to this request.

*/s/ R. Campbell Hillyer*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was filed with the Court's ECF/CM system, which shall transmit a true and correct copy of the foregoing document upon all parties receiving notice.

This the 16th day of July, 2018.


<u>/s/ R. Campbell Hillyer</u>